# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | Case No. 10-06474 (BKT) |
| **NOEMÍ MEDINA FIGUEROA** | Chapter 13 |
| Debtor(s) | |

## NOTICE OF APPEARANCE

**TO THE HONORABLE COURT:**

**COMES NOW** Cooperativa de Ahorro y Crédito de la Asociación de Maestros de Puerto Rico (hereinafter "EDUCOOP") through the undersigned attorney and very respectfully states, alleges and prays:

That EDUCOOP, a secured creditor in the above captioned case, through its administrative trustee, has appointed the undersigned law firm to represent it in all proceedings pending before this Honorable Court.

Wherefore, it is respectfully requested from this Honorable Court to take knowledge of the above and that if deemed necessary, the master address list be amended to direct future notices to the attention of the undersigned attorney of the firm.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that on this same date we electronically filed the present motion with the Clerk of the Court using the CM/ECF system which will send notification of such filing all

parties of record and a copy to debtor to HC 40 BOX 47251, SAN LORENZO, PUERTO RICO 00754.

In San Juan, Puerto Rico, this day of August, 2010.

                                      Pedro F. Torres Amador, 126609
                                      **CANCIO, NADAL, RIVERA & DÍAZ, P.S.C.**
                                      PO Box 364966
                                        San Juan, PR 00936-4966
                                        Tel. (787) 767-9625
                                        Fax (787) 622-2228
                                        ptorres@cnrd.com