Q-221

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. **10-6474** BKT |
|---|---|
| **NOEMI MEDINA FIGUEROA** <br> Debtor(s) | CHAPTER **13** |
| **QUANTUM SERVICING, CORP.** as agent of D.B. Structured Products, Inc. | 11 USC 362 d(1) d(2) <br><br> Relief from stay for cause |
| Movant | |
| **NOEMI MEDINA FIGUEROA** <br> And Chapter 7 Trustee, <br> **Jose Ramon Carrion Morales** <br> Respondent(s) | |

## NOTICE OF MOTION FOR RELIEF FROM STAY UNDER 11 U.S.C. § 362

To the above named respondent(s)

You are hereby notified that on FEB 02 2010 the above named movant(s) filed a Motion Seeking Relief from the Automatic Stay under 11 U.S.C. § 362.

Service of the motion and notice must be made within three (3) days after issuance of the motion. A certificate of service must be filed forthwith, but no later than seven (7) days after the service is done. If the certificate of service is not timely filed, the Court may deny the motion for failure to give notice within three (3) days from issuance.

You must file an answer to the motion within **fourteen (14)** days from the service of this notice, and serve such answer upon movant or his attorney **Igor J. Dominguez Esq.**, whose address is **1225 Ponce de León, Suite 1105, San Juan, PR 00907-3945;** Tel. 787-250-0220 Fax. 787-250-0295, email igor@ijdlawpr.com.

**IF YOU FAIL TO TIMELY ANSWER AS SET FORTH HEREIN, AN ORDER MAY BE ENTERED AGAINST YOU GRANTING THE RELIEF REQUESTED BY THE MOVANT.**

If a timely answer is filed, then **MAR 1 2011** at **9:00** a.m./p.m., at the United States Bankruptcy Court, U.S. Post Office and Courthouse Bldg., **300 Recinto Sur St., Floor 3, Courtroom 3, Old San Juan, PR**, is fixed as the time and place for the preliminary and/or final hearing on such motion.

**CELESTINO MATTA-MENDEZ, CLERK**
**United States Bankruptcy Court**

By: _____

Date of Issuance: FEB - 3 2011

