```
                    UNITED STATES BANKRUPTCY COURT
                    FOR THE DISTRICT OF PUERTO RICO

                              Minute Entry
```

**Hearing Information:**

**Debtor:** NOEMI MEDINA FIGUEROA
**Case Number:** 10-06474-BKT13                              **Chapter:** 13
**Date / Time / Room:** 3/1/2011 9:00 AM
**Bankruptcy Judge:** BRIAN K. TESTER
**Courtroom Clerk:** BRENDA E. AGUAYO
**Reporter / ECR:** CARLOS APONTE

**Matter:**
Motion for Relief From Stay filed by Quantum Servicing Corp. (#28) and Debtor's answer (#34)

**Appearances:**

ALEXANDRA RODRIGUEZ, ATTORNEY FOR CHAPTER 13 TRUSTEE JOSE RAMON CARRION MORALES
MICHELLE VEGA, ATTORNEY FOR DEBTOR
IGOR J DOMINGUEZ PEREZ, ATTORNEY FOR QUANTUM SERVICING CORP

**Proceedings:**

                              **ORDER**

A Final Hearing will be scheduled for 3/15/2011 at 9:00 A.M. The stay remains in full force and effect pending the conclusion of the Final Hearing.

SO ORDERED.


                              /S/ BRIAN K. TESTER
                              U.S. Bankruptcy Judge